## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 23-110-JWD-RLB |
| | : | |
| SAMRAT MUKHERJEE | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Appearance, designating Zakeria Haidary, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an additional attorney for the United States in this matter.

Respectfully submitted this 23rd day of June, 2025.

                                       UNITED STATES OF AMERICA, by

                                       ELLISON C. TRAVIS
                                       ACTING UNITED STATES ATTORNEY

                                       */s/Samantha Usher*
                                       SAMANTHA USHER
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Criminal Division, Fraud Section